UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)
Mario J. Amaral and Maria G. Amaral, ) Chapter 13
) Case No.: 18-10994-FJB
Debtors )
)

### FIFTH MOTION TO EXTEND TIME TO RESPOND TO CREDITOR, US BANK NATIONAL ASSOCIATION'S, OBJECTION TO PLAN

NOW COME Debtors, Mario J. Amaral and Maria G. Amaral, and respectfully requests that this Honorable Court allow Debtors an additional fourteen (14) days to respond the Creditor's Objection to Plan. As reason herefore Debtors through their counsel state that:

1. **Debtors' Counsel has been advised by Creditor's Counsel that a value from bank's appraiser has been provided to Creditor;**
2. **Debtors' and Creditor's Counsel are now attempting to arrive at a mutually agreeable value for the Debtor's home for the proposed cramdown in the Plan.**

For the foregoing reason, Debtors respectfully requests that the deadline for response be extended to July 31, 2018 or any other relief that this Court deems just.

Respectfully Submitted,
Mario J. Amaral and Maria G. Amaral
By their attorney,

/s/Brian R. Lewis
Brian R. Lewis, Esq. (BBO#641100)
Law Office of Brian R. Lewis
PO Box 1162
Lakeville, MA 02347
(508) 946-3323
brian@brianrlewis.com

July 17, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Mario J. Amaral and Maria G. Amaral, ) | Chapter 13 |
| ) | Case No.: 18-10994-FJB |
| Debtors ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I, Brian R. Lewis, Esquire, state that on July 17, 2018, I electronically filed the foregoing Fifth Motion to Extend Time to Respond to Creditor's Objection to Plan with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the US Trustee
Carolyn Bankowski, Trustee
Michael Swain, Esquire, Attorney for US Bank National Association

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Mario and Maria Amaral
14 1/2 Lawrence Street
Taunton, MA 02780

/s/ Brian R. Lewis
Brian R. Lewis, Esq. (BBO#641100)
Law Office of Brian R. Lewis
PO Box 1162
Lakeville, MA 02347
(508) 946-3323
brian@brianrlewis.com